No. 97–23.  GOEWEY, BY HIS NEXT FRIEND, GOEWEY, ET AL. *v.* FLUOR DANIEL, INC., ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 97–149.  KHALIFE ET AL. *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 97–338.  AKTEPE ET AL. *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 97–361.  COMBS *v.* MEADOWCRAFT CO., DBA PLANTATION PATTERNS.  C. A. 11th Cir.  Certiorari denied.

No. 97–385.  WELLS *v.* GOBER, ACTING SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 97–474.  ESTATE OF SHAPIRO, DECEASED *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 2d Cir.  Certiorari denied.

No. 97–485.  CONNECTICUT ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 97–502.  THAI PHAM *v.* DEPARTMENT OF JUSTICE ET AL. C. A. 6th Cir.  Certiorari denied.

No. 97–511.  RHOADES OIL CO. *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 97–516.  HARKER *v.* UNITED STATES ET AL.  C. A. 8th Cir. Certiorari denied.

No. 97–524.  SILVA *v.* RAM.  C. A. 9th Cir.  Certiorari denied.

No. 97–535.  HOPKINS *v.* FORD ET AL.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 97–541.  ARREST THE INCINERATOR REMEDIATION (A. I. R.), INC. *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 97–543.  MARTIN ET UX. *v.* HORTON ET AL.  Ct. App. Mich. Certiorari denied.